US00D695848S

(12) **United States Design Patent**
Kieves et al.

(10) Patent No.: **US D695,848 S**
(45) Date of Patent: ✱✱ *Dec. 17, 2013

(54) **BALLOON LETTERS AND NUMBERS**

(75) Inventors: **Garry Kieves**, Minnetonka, MN (US); **Nicola Katrin Kieves**, Minneapolis, MN (US); **Annalee Margaret Escalera**, Plymouth, MN (US)

(73) Assignee: **Northstar Balloons, LLC.**, Minneapolis, MN (US)

( * ) Notice: This patent is subject to a terminal disclaimer.

(**) Term: **14 Years**

(21) Appl. No.: **29/429,818**

(22) Filed: **Aug. 17, 2012**

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 29/424,744, filed on Jun. 14, 2012.

(51) **LOC (9) Cl.** .................................................. **21-01**
(52) **U.S. Cl.**
USPC ........................................ **D21/439**; D21/440
(58) **Field of Classification Search**
USPC ............... D21/436, 438, 439, 440, 453, 465; D18/26, 27, 33; D19/59; 40/212, 596; 137/15, 18, 223; D22/112; 441/78; 446/220, 221, 222, 223, 224, 226
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 1,558,297 | A | * | 10/1925 | Schilling ........................ 40/596 |
| 1,642,022 | A | * | 9/1927 | Groh ........................... 40/212 |
| 2,012,614 | A | * | 8/1935 | Madan .......................... 40/596 |
| 2,041,737 | A | * | 5/1936 | Beal ........................... 446/220 |
| 2,230,138 | A | * | 1/1941 | Ewart ......................... 446/220 |
| 3,358,398 | A | * | 12/1967 | Chalfin ......................... 40/596 |
| 3,934,291 | A | * | 1/1976 | Hagen .......................... 441/78 |
| D300,837 | S | * | 4/1989 | Prater ......................... D21/440 |
| D327,499 | S | * | 6/1992 | Lemon .......................... D19/59 |
| 5,248,275 | A | * | 9/1993 | McGrath et al. ............. 446/224 |

| | | | | |
|---|---|---|---|---|
| D344,543 | S | * | 2/1994 | Lemon .......................... D19/59 |
| D388,818 | S | * | 1/1998 | Bajic et al. ................... D18/26 |
| D408,870 | S | * | 4/1999 | Sumner ........................ D21/440 |
| 5,934,310 | A | * | 8/1999 | Littlehorn .................... 137/223 |
| 6,019,660 | A | * | 2/2000 | Luciano ........................ 446/220 |
| D423,050 | S | * | 4/2000 | Rink et al. .................... D19/59 |
| D427,645 | S | | 7/2000 | Savage |
| D503,210 | S | * | 3/2005 | Sharma ........................ D22/112 |
| D627,395 | S | * | 11/2010 | Weaver ......................... D19/59 |
| 2011/0171875 | A1* | | 7/2011 | Shams .......................... 446/220 |

* cited by examiner

*Primary Examiner* — Caron D Veynar
*Assistant Examiner* — Martie K Holtje
(74) *Attorney, Agent, or Firm* — Donald J. Ranft; Collen IP

(57) **CLAIM**

The ornamental design for balloon letters and numbers, as shown and described.

**DESCRIPTION**

FIG. **1** is a top front perspective view of the letter A in an inflated condition of our new design;
FIG. **2** is a bottom rear perspective view thereof;
FIG. **3** is a front plan view thereof;
FIG. **4** is a rear plan view thereof;
FIG. **5** is a left side view thereof;
FIG. **6** is a right side view thereof;
FIG. **7** is a top view thereof;
FIG. **8** is a bottom view thereof;
FIG. **9** is a top front perspective view of the letter A in a deflated condition of our new design;
FIG. **10** is a bottom rear perspective view thereof;
FIG. **11** is a front plan view thereof;
FIG. **12** is a rear plan view thereof;
FIG. **13** is a left side view thereof;
FIG. **14** is a right side view thereof;
FIG. **15** is a top view thereof;
FIG. **16** is a bottom view thereof;
FIG. **17** is a top front perspective view of the letter B in an inflated condition of our new design;
FIG. **18** is a bottom rear perspective view thereof;
FIG. **19** is a front plan view thereof;
FIG. **20** is a rear plan view thereof;



**US D695,848 S**

Page 2

FIG. **21** is a left side view thereof;
FIG. **22** is a right side view thereof;
FIG. **23** is a top view thereof;
FIG. **24** is a bottom view thereof;
FIG. **25** is a top front perspective view of the letter B in a deflated condition of our new design;
FIG. **26** is a bottom rear perspective view thereof;
FIG. **27** is a front plan view thereof;
FIG. **28** is a rear plan view thereof;
FIG. **29** is a left side view thereof;
FIG. **30** is a right side view thereof;
FIG. **31** is a top view thereof;
FIG. **32** is a bottom view thereof;
FIG. **33** is a top front perspective view of the letter C in an inflated condition of our new design;
FIG. **34** is a bottom rear perspective view thereof;
FIG. **35** is a front plan view thereof;
FIG. **36** is a rear plan view thereof;
FIG. **37** is a left side view thereof;
FIG. **38** is a right side view thereof;
FIG. **39** is a top view thereof;
FIG. **40** is a bottom view thereof;
FIG. **41** is a top front perspective view of the letter C in a deflated condition of our new design;
FIG. **42** is a bottom rear perspective view thereof;
FIG. **43** is a front plan view thereof;
FIG. **44** is a rear plan view thereof;
FIG. **45** is a left side view thereof;
FIG. **46** is a right side view thereof;
FIG. **47** is a top view thereof;
FIG. **48** is a bottom view thereof;
FIG. **49** is a top front perspective view of the letter D in an inflated condition of our new design;
FIG. **50** is a bottom rear perspective view thereof;
FIG. **51** is a front plan view thereof;
FIG. **52** is a rear plan view thereof;
FIG. **53** is a left side view thereof;
FIG. **54** is a right side view thereof;
FIG. **55** is a top view thereof;
FIG. **56** is a bottom view thereof;
FIG. **57** is a top front perspective view of the letter D in a deflated condition of our new design;
FIG. **58** is a bottom rear perspective view thereof;
FIG. **59** is a front plan view thereof;
FIG. **60** is a rear plan view thereof;
FIG. **61** is a left side view thereof;
FIG. **62** is a right side view thereof;
FIG. **63** is a top view thereof;
FIG. **64** is a bottom view thereof;
FIG. **65** is a top front perspective view of the letter E in an inflated condition of our new design;
FIG. **66** is a bottom rear perspective view thereof;
FIG. **67** is a front plan view thereof;
FIG. **68** is a rear plan view thereof;
FIG. **69** is a left side view thereof;
FIG. **70** is a right side view thereof;
FIG. **71** is a top view thereof;
FIG. **72** is a bottom view thereof;
FIG. **73** is a top front perspective view of the letter E in a deflated condition of our new design;
FIG. **74** is a bottom rear perspective view thereof;
FIG. **75** is a front plan view thereof;
FIG. **76** is a rear plan view thereof;
FIG. **77** is a left side view thereof;
FIG. **78** is a right side view thereof;

FIG. **79** is a top view thereof;
FIG. **80** is a bottom view thereof;
FIG. **81** is a top front perspective view of the letter F in an inflated condition of our new design;
FIG. **82** is a bottom rear perspective view thereof;
FIG. **83** is a front plan view thereof;
FIG. **84** is a rear plan view thereof;
FIG. **85** is a left side view thereof;
FIG. **86** is a right side view thereof;
FIG. **87** is a top view thereof;
FIG. **88** is a bottom view thereof;
FIG. **89** is a top front perspective view of the letter F in a deflated condition of our new design;
FIG. **90** is a bottom rear perspective view thereof;
FIG. **91** is a front plan view thereof;
FIG. **92** is a rear plan view thereof;
FIG. **93** is a left side view thereof;
FIG. **94** is a right side view thereof;
FIG. **95** is a top view thereof;
FIG. **96** is a bottom view thereof;
FIG. **97** is a top front perspective view of the letter G in an inflated condition of our new design;
FIG. **98** is a bottom rear perspective view thereof;
FIG. **99** is a front plan view thereof;
FIG. **100** is a rear plan view thereof;
FIG. **101** is a left side view thereof;
FIG. **102** is a right side view thereof;
FIG. **103** is a top view thereof;
FIG. **104** is a bottom view thereof;
FIG. **105** is a top front perspective view of the letter G in a deflated condition of our new design;
FIG. **106** is a bottom rear perspective view thereof;
FIG. **107** is a front plan view thereof;
FIG. **108** is a rear plan view thereof;
FIG. **109** is a left side view thereof;
FIG. **110** is a right side view thereof;
FIG. **111** is a top view thereof;
FIG. **112** is a bottom view thereof;
FIG. **113** is a top front perspective view of the letter H in an inflated condition of our new design;
FIG. **114** is a bottom rear perspective view thereof;
FIG. **115** is a front plan view thereof;
FIG. **116** is a rear plan view thereof;
FIG. **117** is a left side view thereof;
FIG. **118** is a right side view thereof;
FIG. **119** is a top view thereof;
FIG. **120** is a bottom view thereof;
FIG. **121** is a top front perspective view of the letter H in a deflated condition of our new design;
FIG. **122** is a bottom rear perspective view thereof;
FIG. **123** is a front plan view thereof;
FIG. **124** is a rear plan view thereof;
FIG. **125** is a left side view thereof;
FIG. **126** is a right side view thereof;
FIG. **127** is a top view thereof;
FIG. **128** is a bottom view thereof;
FIG. **129** is a top front perspective view of the letter I in an inflated condition of our new design;
FIG. **130** is a bottom rear perspective view thereof;
FIG. **131** is a front plan view thereof;
FIG. **132** is a rear plan view thereof;
FIG. **133** is a left side view thereof;
FIG. **134** is a right side view thereof;
FIG. **135** is a top view thereof;
FIG. **136** is a bottom view thereof;

FIG. **137** is a top front perspective view of the letter I in a deflated condition of our new design;
FIG. **138** is a bottom rear perspective view thereof;
FIG. **139** is a front plan view thereof;
FIG. **140** is a rear plan view thereof;
FIG. **141** is a left side view thereof;
FIG. **142** is a right side view thereof;
FIG. **143** is a top view thereof;
FIG. **144** is a bottom view thereof;
FIG. **145** is a top front perspective view of the letter J in an inflated condition of our new design;
FIG. **146** is a bottom rear perspective view thereof;
FIG. **147** is a front plan view thereof;
FIG. **148** is a rear plan view thereof;
FIG. **149** is a left side view thereof;
FIG. **150** is a right side view thereof;
FIG. **151** is a top view thereof;
FIG. **152** is a bottom view thereof;
FIG. **153** is a top front perspective view of the letter J in a deflated condition of our new design;
FIG. **154** is a bottom rear perspective view thereof;
FIG. **155** is a front plan view thereof;
FIG. **156** is a rear plan view thereof;
FIG. **157** is a left side view thereof;
FIG. **158** is a right side view thereof;
FIG. **159** is a top view thereof;
FIG. **160** is a bottom view thereof;
FIG. **161** is a top front perspective view of the letter K in an inflated condition of our new design;
FIG. **162** is a bottom rear perspective view thereof;
FIG. **163** is a front plan view thereof;
FIG. **164** is a rear plan view thereof;
FIG. **165** is a left side view thereof;
FIG. **166** is a right side view thereof;
FIG. **167** is a top view thereof;
FIG. **168** is a bottom view thereof;
FIG. **169** is a top front perspective view of the letter K in a deflated condition of our new design;
FIG. **170** is a bottom rear perspective view thereof;
FIG. **171** is a front plan view thereof;
FIG. **172** is a rear plan view thereof;
FIG. **173** is a left side view thereof;
FIG. **174** is a right side view thereof;
FIG. **175** is a top view thereof;
FIG. **176** is a bottom view thereof;
FIG. **177** is a top front perspective view of the letter L in an inflated condition of our new design;
FIG. **178** is a bottom rear perspective view thereof;
FIG. **179** is a front plan view thereof;
FIG. **180** is a rear plan view thereof;
FIG. **181** is a left side view thereof;
FIG. **182** is a right side view thereof;
FIG. **183** is a top view thereof;
FIG. **184** is a bottom view thereof;
FIG. **185** is a top front perspective view of the letter L in a deflated condition of our new design;
FIG. **186** is a bottom rear perspective view thereof;
FIG. **187** is a front plan view thereof;
FIG. **188** is a rear plan view thereof;
FIG. **189** is a left side view thereof;
FIG. **190** is a right side view thereof;
FIG. **191** is a top view thereof;
FIG. **192** is a bottom view thereof;
FIG. **193** is a top front perspective view of the letter M in an inflated condition of our new design;

FIG. **194** is a bottom rear perspective view thereof;
FIG. **195** is a front plan view thereof;
FIG. **196** is a rear plan view thereof;
FIG. **197** is a left side view thereof;
FIG. **198** is a right side view thereof;
FIG. **199** is a top view thereof;
FIG. **200** is a bottom view thereof;
FIG. **201** is a top front perspective view of the letter M in a deflated condition of our new design;
FIG. **202** is a bottom rear perspective view thereof;
FIG. **203** is a front plan view thereof;
FIG. **204** is a rear plan view thereof;
FIG. **205** is a left side view thereof;
FIG. **206** is a right side view thereof;
FIG. **207** is a top view thereof;
FIG. **208** is a bottom view thereof;
FIG. **209** is a top front perspective view of the letter N in an inflated condition of our new design;
FIG. **210** is a bottom rear perspective view thereof;
FIG. **211** is a front plan view thereof;
FIG. **212** is a rear plan view thereof;
FIG. **213** is a left side view thereof;
FIG. **214** is a right side view thereof;
FIG. **215** is a top view thereof;
FIG. **216** is a bottom view thereof;
FIG. **217** is a top front perspective view of the letter N in a deflated condition of our new design;
FIG. **218** is a bottom rear perspective view thereof;
FIG. **219** is a front plan view thereof;
FIG. **220** is a rear plan view thereof;
FIG. **221** is a left side view thereof;
FIG. **222** is a right side view thereof;
FIG. **223** is a top view thereof;
FIG. **224** is a bottom view thereof;
FIG. **225** is a top front perspective view of the letter O in an inflated condition of our new design;
FIG. **226** is a bottom rear perspective view thereof;
FIG. **227** is a front plan view thereof;
FIG. **228** is a rear plan view thereof;
FIG. **229** is a left side view thereof;
FIG. **230** is a right side view thereof;
FIG. **231** is a top view thereof;
FIG. **232** is a bottom view thereof;
FIG. **233** is a top front perspective view of the letter O in a deflated condition of our new design;
FIG. **234** is a bottom rear perspective view thereof;
FIG. **235** is a front plan view thereof;
FIG. **236** is a rear plan view thereof;
FIG. **237** is a left side view thereof;
FIG. **238** is a right side view thereof;
FIG. **239** is a top view thereof;
FIG. **240** is a bottom view thereof;
FIG. **241** is a top front perspective view of the letter P in an inflated condition of our new design;
FIG. **242** is a bottom rear perspective view thereof;
FIG. **243** is a front plan view thereof;
FIG. **244** is a rear plan view thereof;
FIG. **245** is a left side view thereof;
FIG. **246** is a right side view thereof;
FIG. **247** is a top view thereof;
FIG. **248** is a bottom view thereof;
FIG. **249** is a top front perspective view of the letter P in a deflated condition of our new design;
FIG. **250** is a bottom rear perspective view thereof;
FIG. **251** is a front plan view thereof;

FIG. **252** is a rear plan view thereof;
FIG. **253** is a left side view thereof;
FIG. **254** is a right side view thereof;
FIG. **255** is a top view thereof;
FIG. **256** is a bottom view thereof;
FIG. **257** is a top front perspective view of the letter Q in an inflated condition of our new design;
FIG. **258** is a bottom rear perspective view thereof;
FIG. **259** is a front plan view thereof;
FIG. **260** is a rear plan view thereof;
FIG. **261** is a left side view thereof;
FIG. **262** is a right side view thereof;
FIG. **263** is a top view thereof;
FIG. **264** is a bottom view thereof;
FIG. **265** is a top front perspective view of the letter Q in a deflated condition of our new design;
FIG. **266** is a bottom rear perspective view thereof;
FIG. **267** is a front plan view thereof;
FIG. **268** is a rear plan view thereof;
FIG. **269** is a left side view thereof;
FIG. **270** is a right side view thereof;
FIG. **271** is a top view thereof;
FIG. **272** is a bottom view thereof;
FIG. **273** is a top front perspective view of the letter R in an inflated condition of our new design;
FIG. **274** is a bottom rear perspective view thereof;
FIG. **275** is a front plan view thereof;
FIG. **276** is a rear plan view thereof;
FIG. **277** is a left side view thereof;
FIG. **278** is a right side view thereof;
FIG. **279** is a top view thereof;
FIG. **280** is a bottom view thereof;
FIG. **281** is a top front perspective view of the letter R in a deflated condition of our new design;
FIG. **282** is a bottom rear perspective view thereof;
FIG. **283** is a front plan view thereof;
FIG. **284** is a rear plan view thereof;
FIG. **285** is a left side view thereof;
FIG. **286** is a right side view thereof;
FIG. **287** is a top view thereof;
FIG. **288** is a bottom view thereof;
FIG. **289** is a top front perspective view of the letter S in an inflated condition of our new design;
FIG. **290** is a bottom rear perspective view thereof;
FIG. **291** is a front plan view thereof;
FIG. **292** is a rear plan view thereof;
FIG. **293** is a left side view thereof;
FIG. **294** is a right side view thereof;
FIG. **295** is a top view thereof;
FIG. **296** is a bottom view thereof;
FIG. **297** is a top front perspective view of the letter S in a deflated condition of our new design;
FIG. **298** is a bottom rear perspective view thereof;
FIG. **299** is a front plan view thereof;
FIG. **300** is a rear plan view thereof;
FIG. **301** is a left side view thereof;
FIG. **302** is a right side view thereof;
FIG. **303** is a top view thereof;
FIG. **304** is a bottom view thereof;
FIG. **305** is a top front perspective view of the letter T in an inflated condition of our new design;
FIG. **306** is a bottom rear perspective view thereof;
FIG. **307** is a front plan view thereof;
FIG. **308** is a rear plan view thereof;
FIG. **309** is a left side view thereof;

FIG. **310** is a right side view thereof;
FIG. **311** is a top view thereof;
FIG. **312** is a bottom view thereof;
FIG. **313** is a top front perspective view of the letter T in a deflated condition of our new design;
FIG. **314** is a bottom rear perspective view thereof;
FIG. **315** is a front plan view thereof;
FIG. **316** is a rear plan view thereof;
FIG. **317** is a left side view thereof;
FIG. **318** is a right side view thereof;
FIG. **319** is a top view thereof;
FIG. **320** is a bottom view thereof;
FIG. **321** is a top front perspective view of the letter U in an inflated condition of our new design;
FIG. **322** is a bottom rear perspective view thereof;
FIG. **323** is a front plan view thereof;
FIG. **324** is a rear plan view thereof;
FIG. **325** is a left side view thereof;
FIG. **326** is a right side view thereof;
FIG. **327** is a top view thereof;
FIG. **328** is a bottom view thereof;
FIG. **329** is a top front perspective view of the letter U in a deflated condition of our new design;
FIG. **330** is a bottom rear perspective view thereof;
FIG. **331** is a front plan view thereof;
FIG. **332** is a rear plan view thereof;
FIG. **333** is a left side view thereof;
FIG. **334** is a right side view thereof;
FIG. **335** is a top view thereof;
FIG. **336** is a bottom view thereof;
FIG. **337** is a top front perspective view of the letter V in an inflated condition of our new design;
FIG. **338** is a bottom rear perspective view thereof;
FIG. **339** is a front plan view thereof;
FIG. **340** is a rear plan view thereof;
FIG. **341** is a left side view thereof;
FIG. **342** is a right side view thereof;
FIG. **343** is a top view thereof;
FIG. **344** is a bottom view thereof;
FIG. **345** is a top front perspective view of the letter V in a deflated condition of our new design;
FIG. **346** is a bottom rear perspective view thereof;
FIG. **347** is a front plan view thereof;
FIG. **348** is a rear plan view thereof;
FIG. **349** is a left side view thereof;
FIG. **350** is a right side view thereof;
FIG. **351** is a top view thereof;
FIG. **352** is a bottom view thereof;
FIG. **353** is a top front perspective view of the letter W in an inflated condition of our new design;
FIG. **354** is a bottom rear perspective view thereof;
FIG. **355** is a front plan view thereof;
FIG. **356** is a rear plan view thereof;
FIG. **357** is a left side view thereof;
FIG. **358** is a right side view thereof;
FIG. **359** is a top view thereof;
FIG. **360** is a bottom view thereof;
FIG. **361** is a top front perspective view of the letter W in a deflated condition of our new design;
FIG. **362** is a bottom rear perspective view thereof;
FIG. **363** is a front plan view thereof;
FIG. **364** is a rear plan view thereof;
FIG. **365** is a left side view thereof;
FIG. **366** is a right side view thereof;
FIG. **367** is a top view thereof;

FIG. **368** is a bottom view thereof;
FIG. **369** is a top front perspective view of the letter X in an inflated condition of our new design;
FIG. **370** is a bottom rear perspective view thereof;
FIG. **371** is a front plan view thereof;
FIG. **372** is a rear plan view thereof;
FIG. **373** is a left side view thereof;
FIG. **374** is a right side view thereof;
FIG. **375** is a top view thereof;
FIG. **376** is a bottom view thereof;
FIG. **377** is a top front perspective view of the letter X in a deflated condition of our new design;
FIG. **378** is a bottom rear perspective view thereof;
FIG. **379** is a front plan view thereof;
FIG. **380** is a rear plan view thereof;
FIG. **381** is a left side view thereof;
FIG. **382** is a right side view thereof;
FIG. **383** is a top view thereof;
FIG. **384** is a bottom view thereof;
FIG. **385** is a top front perspective view of the letter Y in an inflated condition of our new design;
FIG. **386** is a bottom rear perspective view thereof;
FIG. **387** is a front plan view thereof;
FIG. **388** is a rear plan view thereof;
FIG. **389** is a left side view thereof;
FIG. **390** is a right side view thereof;
FIG. **391** is a top view thereof;
FIG. **392** is a bottom view thereof;
FIG. **393** is a top front perspective view of the letter Y in a deflated condition of our new design;
FIG. **394** is a bottom rear perspective view thereof;
FIG. **395** is a front plan view thereof;
FIG. **396** is a rear plan view thereof;
FIG. **397** is a left side view thereof;
FIG. **398** is a right side view thereof;
FIG. **399** is a top view thereof;
FIG. **400** is a bottom view thereof;
FIG. **401** is a top front perspective view of the letter Z in an inflated condition of our new design;
FIG. **402** is a bottom rear perspective view thereof;
FIG. **403** is a front plan view thereof;
FIG. **404** is a rear plan view thereof;
FIG. **405** is a left side view thereof;
FIG. **406** is a right side view thereof;
FIG. **407** is a top view thereof;
FIG. **408** is a bottom view thereof;
FIG. **409** is a top front perspective view of the letter Z in a deflated condition of our new design;
FIG. **410** is a bottom rear perspective view thereof;
FIG. **411** is a front plan view thereof;
FIG. **412** is a rear plan view thereof;
FIG. **413** is a left side view thereof;
FIG. **414** is a right side view thereof;
FIG. **415** is a top view thereof;
FIG. **416** is a bottom view thereof;
FIG. **417** is a top front perspective view of the number **0** in an inflated condition of our new design;
FIG. **418** is a bottom rear perspective view thereof;
FIG. **419** is a front plan view thereof;
FIG. **420** is a rear plan view thereof;
FIG. **421** is a left side view thereof;
FIG. **422** is a right side view thereof;
FIG. **423** is a top view thereof;
FIG. **424** is a bottom view thereof;

FIG. **425** is a top front perspective view of the number **0** in a deflated condition of our new design;
FIG. **426** is a bottom rear perspective view thereof;
FIG. **427** is a front plan view thereof;
FIG. **428** is a rear plan view thereof;
FIG. **429** is a left side view thereof;
FIG. **430** is a right side view thereof;
FIG. **431** is a top view thereof;
FIG. **432** is a bottom view thereof;
FIG. **433** is a top front perspective view of the number **1** in an inflated condition of our new design;
FIG. **434** is a bottom rear perspective view thereof;
FIG. **435** is a front plan view thereof;
FIG. **436** is a rear plan view thereof;
FIG. **437** is a left side view thereof;
FIG. **438** is a right side view thereof;
FIG. **439** is a top view thereof;
FIG. **440** is a bottom view thereof;
FIG. **441** is a top front perspective view of the number **1** in a deflated condition of our new design;
FIG. **442** is a bottom rear perspective view thereof;
FIG. **443** is a front plan view thereof;
FIG. **444** is a rear plan view thereof;
FIG. **445** is a left side view thereof;
FIG. **446** is a right side view thereof;
FIG. **447** is a top view thereof;
FIG. **448** is a bottom view thereof;
FIG. **449** is a top front perspective view of the number **2** in an inflated condition of our new design;
FIG. **450** is a bottom rear perspective view thereof;
FIG. **451** is a front plan view thereof;
FIG. **452** is a rear plan view thereof;
FIG. **453** is a left side view thereof;
FIG. **454** is a right side view thereof;
FIG. **455** is a top view thereof;
FIG. **456** is a bottom view thereof;
FIG. **457** is a top front perspective view of the number **2** in a deflated condition of our new design;
FIG. **458** is a bottom rear perspective view thereof;
FIG. **459** is a front plan view thereof;
FIG. **460** is a rear plan view thereof;
FIG. **461** is a left side view thereof;
FIG. **462** is a right side view thereof;
FIG. **463** is a top view thereof;
FIG. **464** is a bottom view thereof;
FIG. **465** is a top front perspective view of the number **3** in an inflated condition of our new design;
FIG. **466** is a bottom rear perspective view thereof;
FIG. **467** is a front plan view thereof;
FIG. **468** is a rear plan view thereof;
FIG. **469** is a left side view thereof;
FIG. **470** is a right side view thereof;
FIG. **471** is a top view thereof;
FIG. **472** is a bottom view thereof;
FIG. **473** is a top front perspective view of the number **3** in a deflated condition of our new design;
FIG. **474** is a bottom rear perspective view thereof;
FIG. **475** is a front plan view thereof;
FIG. **476** is a rear plan view thereof;
FIG. **477** is a left side view thereof;
FIG. **478** is a right side view thereof;
FIG. **479** is a top view thereof;
FIG. **480** is a bottom view thereof;
FIG. **481** is a top front perspective view of the number **4** in an inflated condition of our new design;

**US D695,848 S**

Page 6

FIG. **482** is a bottom rear perspective view thereof;
FIG. **483** is a front plan view thereof;
FIG. **484** is a rear plan view thereof;
FIG. **485** is a left side view thereof;
FIG. **486** is a right side view thereof;
FIG. **487** is a top view thereof;
FIG. **488** is a bottom view thereof;
FIG. **489** is a top front perspective view of the number **4** in a deflated condition of our new design;
FIG. **490** is a bottom rear perspective view thereof;
FIG. **491** is a front plan view thereof;
FIG. **492** is a rear plan view thereof;
FIG. **493** is a left side view thereof;
FIG. **494** is a right side view thereof;
FIG. **495** is a top view thereof;
FIG. **496** is a bottom view thereof;
FIG. **497** is a top front perspective view of the number **5** in an inflated condition of our new design;
FIG. **498** is a bottom rear perspective view thereof;
FIG. **499** is a front plan view thereof;
FIG. **500** is a rear plan view thereof;
FIG. **501** is a left side view thereof;
FIG. **502** is a right side view thereof;
FIG. **503** is a top view thereof;
FIG. **504** is a bottom view thereof;
FIG. **505** is a top front perspective view of the number **5** in a deflated condition of our new design;
FIG. **506** is a bottom rear perspective view thereof;
FIG. **507** is a front plan view thereof;
FIG. **508** is a rear plan view thereof;
FIG. **509** is a left side view thereof;
FIG. **510** is a right side view thereof;
FIG. **511** is a top view thereof;
FIG. **512** is a bottom view thereof;
FIG. **513** is a top front perspective view of the number **6** in an inflated condition of our new design;
FIG. **514** is a bottom rear perspective view thereof;
FIG. **515** is a front plan view thereof;
FIG. **516** is a rear plan view thereof;
FIG. **517** is a left side view thereof;
FIG. **518** is a right side view thereof;
FIG. **519** is a top view thereof;
FIG. **520** is a bottom view thereof;
FIG. **521** is a top front perspective view of the number **6** in a deflated condition of our new design;
FIG. **522** is a bottom rear perspective view thereof;
FIG. **523** is a front plan view thereof;
FIG. **524** is a rear plan view thereof;
FIG. **525** is a left side view thereof;
FIG. **526** is a right side view thereof;
FIG. **527** is a top view thereof;
FIG. **528** is a bottom view thereof;
FIG. **529** is a top front perspective view of the number **7** in an inflated condition of our new design;
FIG. **530** is a bottom rear perspective view thereof;

FIG. **531** is a front plan view thereof;
FIG. **532** is a rear plan view thereof;
FIG. **533** is a left side view thereof;
FIG. **534** is a right side view thereof;
FIG. **535** is a top view thereof;
FIG. **536** is a bottom view thereof;
FIG. **537** is a top front perspective view of the number **7** in a deflated condition of our new design;
FIG. **538** is a bottom rear perspective view thereof;
FIG. **539** is a front plan view thereof;
FIG. **540** is a rear plan view thereof;
FIG. **541** is a left side view thereof;
FIG. **542** is a right side view thereof;
FIG. **543** is a top view thereof;
FIG. **544** is a bottom view thereof;
FIG. **545** is a top front perspective view of the number **8** in an inflated condition of our new design;
FIG. **546** is a bottom rear perspective view thereof;
FIG. **547** is a front plan view thereof;
FIG. **548** is a rear plan view thereof;
FIG. **549** is a left side view thereof;
FIG. **550** is a right side view thereof;
FIG. **551** is a top view thereof;
FIG. **552** is a bottom view thereof;
FIG. **553** is a top front perspective view of the number **8** in a deflated condition of our new design;
FIG. **554** is a bottom rear perspective view thereof;
FIG. **555** is a front plan view thereof;
FIG. **556** is a rear plan view thereof;
FIG. **557** is a left side view thereof;
FIG. **558** is a right side view thereof;
FIG. **559** is a top view thereof;
FIG. **560** is a bottom view thereof;
FIG. **561** is a top front perspective view of the number **9** in an inflated condition of our new design;
FIG. **562** is a bottom rear perspective view thereof;
FIG. **563** is a front plan view thereof;
FIG. **564** is a rear plan view thereof;
FIG. **565** is a left side view thereof;
FIG. **566** is a right side view thereof;
FIG. **567** is a top view thereof;
FIG. **568** is a bottom view thereof;
FIG. **569** is a top front perspective view of the number **9** in a deflated condition of our new design;
FIG. **570** is a bottom rear perspective view thereof;
FIG. **571** is a front plan view thereof;
FIG. **572** is a rear plan view thereof;
FIG. **573** is a left side view thereof;
FIG. **574** is a right side view thereof;
FIG. **575** is a top view thereof; and,
FIG. **576** is a bottom view thereof.

**1 Claim, 216 Drawing Sheets**



FIG. 1



FIG. 2

Case 7:14-cv-03500-NSR   Document 1-1   Filed 05/15/14   Page 8 of 222



FIG. 3



FIG. 4



FIG. 5          FIG. 6



FIG. 7



FIG. 8



FIG. 9



FIG. 10



FIG. 11



FIG. 12

FIG. 13                    FIG. 14

FIG. 15

FIG. 16



FIG. 17



FIG. 18



FIG. 19



FIG. 20



FIG. 21          FIG. 22



FIG. 23



FIG. 24



FIG. 25



FIG. 26



FIG. 27

FIG. 28

Case 7:14-cv-03500-NSR   Document 1-1   Filed 05/15/14   Page 18 of 222



FIG. 29                    FIG. 30

FIG. 31

FIG. 32



FIG. 33



FIG. 34



FIG. 35

FIG. 36



FIG. 37          FIG. 38



FIG. 39



FIG. 40



FIG. 41



FIG. 42



FIG. 43



FIG. 44

FIG. 45                    FIG. 46

FIG. 47

FIG. 48



FIG. 49

FIG. 50



FIG. 51

FIG. 52



FIG. 53          FIG. 54



FIG. 55



FIG. 56



FIG. 57



FIG. 58



FIG. 59

FIG. 60

Case 7:14-cv-03500-NSR   Document 1-1   Filed 05/15/14   Page 30 of 222



FIG. 61                    FIG. 62

FIG. 63

FIG. 64



FIG. 65



FIG. 66



FIG. 67



FIG. 68



FIG. 69          FIG. 70



FIG. 71



FIG. 72



FIG. 73



FIG. 74



FIG. 75



FIG. 76



FIG. 77

FIG. 78

FIG. 79

FIG. 80



FIG. 81



FIG. 82



FIG. 83

FIG. 84



FIG. 85          FIG. 86



FIG. 87



FIG. 88



FIG. 89



FIG. 90



FIG. 91

FIG. 92

Case 7:14-cv-03500-NSR    Document 1-1    Filed 05/15/14    Page 42 of 222



FIG. 93

FIG. 94

FIG. 95

FIG. 96



FIG. 97



FIG. 98



FIG. 99

FIG. 100



FIG. 101          FIG. 102



FIG. 103



FIG. 104



FIG. 105



FIG. 106



FIG. 107

FIG. 108



FIG. 109                FIG. 110

FIG. 111

FIG. 112



FIG. 113



FIG. 114



FIG. 115



FIG. 116



FIG. 117                    FIG. 118



FIG. 119



FIG. 120

Case 7:14-cv-03500-NSR   Document 1-1   Filed 05/15/14   Page 52 of 222



FIG. 121



FIG. 122



FIG. 123



FIG. 124

FIG. 125                    FIG. 126

FIG. 127

FIG. 128

Case 7:14-cv-03500-NSR   Document 1-1   Filed 05/15/14   Page 55 of 222



FIG. 129



FIG. 130

Case 7:14-cv-03500-NSR   Document 1-1   Filed 05/15/14   Page 56 of 222



FIG. 131



FIG. 132



FIG. 133                    FIG. 134



FIG. 135



FIG. 136



FIG. 137



FIG. 138



FIG. 139



FIG. 140

FIG. 141                    FIG. 142

FIG. 143

FIG. 144



FIG. 145



FIG. 146



FIG. 147



FIG. 148



FIG. 149



FIG. 150



FIG. 151



FIG. 152



FIG. 153



FIG. 154



FIG. 155



FIG. 156

FIG. 157                    FIG. 158

FIG. 159

FIG. 160



FIG. 161



FIG. 162



FIG. 163



FIG. 164




FIG. 165



FIG. 166



FIG. 167



FIG. 168



FIG. 169



FIG. 170



FIG. 171



FIG. 172

FIG. 173                    FIG. 174

FIG. 175

FIG. 176



FIG. 177

FIG. 178



FIG. 179



FIG. 180



FIG. 181                    FIG. 182



FIG. 183



FIG. 184



FIG. 185



FIG. 186

Case 7:14-cv-03500-NSR   Document 1-1   Filed 05/15/14   Page 77 of 222



FIG. 187

FIG. 188

FIG. 189          FIG. 190

FIG. 191

FIG. 192



FIG. 193

FIG. 194



FIG. 195



FIG. 196



FIG. 197



FIG. 198



FIG. 199



FIG. 200



FIG. 201



FIG. 202



FIG. 203



FIG. 204

Case 7:14-cv-03500-NSR   Document 1-1   Filed 05/15/14   Page 84 of 222

FIG. 205                    FIG. 206

FIG. 207

FIG. 208



FIG. 209



FIG. 210

Case 7:14-cv-03500-NSR   Document 1-1   Filed 05/15/14   Page 86 of 222



FIG. 211



FIG. 212



FIG. 213          FIG. 214



FIG. 215



FIG. 216



FIG. 217



FIG. 218

Case 7:14-cv-03500-NSR Document 1-1 Filed 05/15/14 Page 89 of 222



FIG. 219



FIG. 220

FIG. 221                    FIG. 222

FIG. 223

FIG. 224

Case 7:14-cv-03500-NSR   Document 1-1   Filed 05/15/14   Page 91 of 222



FIG. 225



FIG. 226

FIG. 227



FIG. 228



FIG. 229                    FIG. 230



FIG. 231



FIG. 232

Case 7:14-cv-03500-NSR Document 1-1 Filed 05/15/14 Page 94 of 222



FIG. 233



FIG. 234

Case 7:14-cv-03500-NSR   Document 1-1   Filed 05/15/14   Page 95 of 222



FIG. 235



FIG. 236

FIG. 237                    FIG. 238

FIG. 239

FIG. 240



FIG. 241



FIG. 242



FIG. 243



FIG. 244



FIG. 245



FIG. 246



FIG. 247



FIG. 248



FIG. 249



FIG. 250



FIG. 251



FIG. 252

FIG. 253          FIG. 254

FIG. 255

FIG. 256



FIG. 257



FIG. 258



FIG. 259



FIG. 260



FIG. 261          FIG. 262



FIG. 263



FIG. 264



FIG. 265



FIG. 266



FIG. 267

FIG. 268

FIG. 269                    FIG. 270

FIG. 271

FIG. 272



FIG. 273

FIG. 274



FIG. 275

FIG. 276



FIG. 277



FIG. 278



FIG. 279



FIG. 280



FIG. 281

FIG. 282



FIG. 283

FIG. 284

FIG. 285

FIG. 286

FIG. 287

FIG. 288



FIG. 289



FIG. 290



FIG. 291



FIG. 292

Case 7:14-cv-03500-NSR   Document 1-1   Filed 05/15/14   Page 117 of 222



FIG. 293                              FIG. 294



FIG. 295



FIG. 296



FIG. 297



FIG. 298

Case 7:14-cv-03500-NSR   Document 1-1   Filed 05/15/14   Page 119 of 222



FIG. 299

FIG. 300



FIG. 301                    FIG. 302

FIG. 303

FIG. 304



FIG. 305



FIG. 306



FIG. 307

FIG. 308



FIG. 309                    FIG. 310



FIG. 311



FIG. 312



FIG. 313



FIG. 314



FIG. 315

FIG. 316

FIG. 317

FIG. 318

FIG. 319

FIG. 320



FIG. 321



FIG. 322



FIG. 323

FIG. 324




FIG. 325



FIG. 326



FIG. 327



FIG. 328



FIG. 329



FIG. 330



FIG. 331



FIG. 332

FIG. 333                    FIG. 334

FIG. 335

FIG. 336



FIG. 337



FIG. 338



FIG. 339



FIG. 340



FIG. 341            FIG. 342



FIG. 343



FIG. 344



FIG. 345



FIG. 346



FIG. 347



FIG. 348

FIG. 349                    FIG. 350

FIG. 351

FIG. 352



FIG. 353

FIG. 354



FIG. 355



FIG. 356




FIG. 357



FIG. 358



FIG. 359



FIG. 360



FIG. 361

FIG. 362



FIG. 363



FIG. 364

FIG. 365          FIG. 366

FIG. 367

FIG. 368



FIG. 369



FIG. 370

Case 7:14-cv-03500-NSR   Document 1-1   Filed 05/15/14   Page 146 of 222



FIG. 371



FIG. 372



FIG. 373



FIG. 374



FIG. 375



FIG. 376



FIG. 377



FIG. 378



FIG. 379

FIG. 380

FIG. 381                    FIG. 382

FIG. 383

FIG. 384



FIG. 385



FIG. 386



FIG. 387

FIG. 388



FIG. 389                    FIG. 390



FIG. 391



FIG. 392



FIG. 393



FIG. 394



FIG. 395

FIG. 396

FIG. 397

FIG. 398

FIG. 399

FIG. 400



FIG. 401

FIG. 402



FIG. 403

FIG. 404



FIG. 405          FIG. 406



FIG. 407



FIG. 408



FIG. 409



FIG. 410



FIG. 411

FIG. 412

FIG. 413                    FIG. 414

FIG. 415

FIG. 416



FIG. 417



FIG. 418



FIG. 419



FIG. 420



FIG. 421          FIG. 422



FIG. 423



FIG. 424



FIG. 425



FIG. 426



FIG. 427



FIG. 428

FIG. 429　　　　　　FIG. 430

FIG. 431

FIG. 432



FIG. 433



FIG. 434



FIG. 435



FIG. 436



FIG. 437           FIG. 438



FIG. 439



FIG. 440



FIG. 441



FIG. 442

Case 7:14-cv-03500-NSR   Document 1-1   Filed 05/15/14   Page 173 of 222



FIG. 443



FIG. 444

Case 7:14-cv-03500-NSR   Document 1-1   Filed 05/15/14   Page 174 of 222

FIG. 445                FIG. 446

FIG. 447

FIG. 448



FIG. 449



FIG. 450



FIG. 451



FIG. 452



FIG. 453                    FIG. 454



FIG. 455



FIG. 456



FIG. 457



FIG. 458



FIG. 459



FIG. 460

Case 7:14-cv-03500-NSR   Document 1-1   Filed 05/15/14   Page 180 of 222



FIG. 461                    FIG. 462

FIG. 463

FIG. 464



FIG. 465



FIG. 466



FIG. 467



FIG. 468

Case 7:14-cv-03500-NSR   Document 1-1   Filed 05/15/14   Page 183 of 222



FIG. 469



FIG. 470



FIG. 471



FIG. 472



FIG. 473



FIG. 474



FIG. 475

FIG. 476

FIG. 477

FIG. 478

FIG. 479

FIG. 480



FIG. 481



FIG. 482



FIG. 483

FIG. 484



FIG. 485          FIG. 486



FIG. 487



FIG. 488



FIG. 489



FIG. 490



FIG. 491

FIG. 492

FIG. 493          FIG. 494

FIG. 495

FIG. 496

Case 7:14-cv-03500-NSR  Document 1-1  Filed 05/15/14  Page 193 of 222



FIG. 497



FIG. 498



FIG. 499

FIG. 500

Case 7:14-cv-03500-NSR   Document 1-1   Filed 05/15/14   Page 195 of 222



FIG. 501          FIG. 502



FIG. 503



FIG. 504



FIG. 505



FIG. 506



FIG. 507

FIG. 508



FIG. 509          FIG. 510

FIG. 511

FIG. 512



FIG. 513



FIG. 514

Case 7:14-cv-03500-NSR   Document 1-1   Filed 05/15/14   Page 200 of 222



FIG. 515

FIG. 516

Case 7:14-cv-03500-NSR   Document 1-1   Filed 05/15/14   Page 201 of 222



FIG. 517                 FIG. 518



FIG. 519



FIG. 520



FIG. 521



FIG. 522



FIG. 523

FIG. 524

FIG. 525

FIG. 526

FIG. 527

FIG. 528



FIG. 529



FIG. 530



FIG. 531

FIG. 532



FIG. 533                              FIG. 534



FIG. 535



FIG. 536



FIG. 537



FIG. 538

Case 7:14-cv-03500-NSR   Document 1-1   Filed 05/15/14   Page 209 of 222



FIG. 539

FIG. 540



FIG. 541            FIG. 542

FIG. 543

FIG. 544



FIG. 545



FIG. 546

Case 7:14-cv-03500-NSR   Document 1-1   Filed 05/15/14   Page 212 of 222



FIG. 547

FIG. 548



FIG. 549          FIG. 550



FIG. 551



FIG. 552



FIG. 553



FIG. 554



FIG. 555

FIG. 556

Case 7:14-cv-03500-NSR   Document 1-1   Filed 05/15/14   Page 216 of 222



FIG. 557

FIG. 558

FIG. 559

FIG. 560



FIG. 561

FIG. 562



FIG. 563

FIG. 564



FIG. 565

FIG. 566



FIG. 567



FIG. 568



FIG. 569

FIG. 570



FIG. 571

FIG. 572

Case 7:14-cv-03500-NSR  Document 1-1  Filed 05/15/14  Page 222 of 222



FIG. 573        FIG. 574

FIG. 575

FIG. 576