IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NORTHSTAR BALLOONS, LLC, | |
| *Plaintiff*, | |
| v. | C.A. No.: 14-cv-3500 (NSR) |
| AMSCAN INC., AMSCAN HOLDINGS, INC., ANAGRAM INTERNATIONAL, INC., PARTY CITY CORPORATION, and XYZ COMPANIES 1 through 10, | ECF Case |
| *Defendants*. | |

## NOTICE OF APPEARANCE OF WILLIAM R. THORNEWELL

To the Clerk of this Court:

Kindly enter my appearance as counsel for Defendants Amscan Inc., Amscan Holdings, Inc., Anagram International, Inc. and Party City Corporation in the above-captioned matter.

Respectfully submitted,

*/s/ William R. Thornewell*

Dated:  June 6, 2014
        White Plains, New York

William R. Thornewell
LEASON ELLIS LLP
One Barker Avenue, Fifth Floor
White Plains, New York 10601
Phone: (914) 288-0022
Fax: (914) 288-0023
Email: Thornewell@LeasonEllis.com

*Attorney for Defendants*

{00715/609043-000/01171726.1}