IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

NORTHSTAR BALLOONS, LLC,

   *Plaintiff*,

v.

AMSCAN INC., AMSCAN HOLDINGS, INC.,
ANAGRAM INTERNATIONAL, INC.,
PARTY CITY CORPORATION, and XYZ
COMPANIES 1 through 10,

   *Defendants*.

C.A. No.: 14-cv-3500 (NSR)

ECF Case

## STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO THE COMPLAINT

**WHEREAS**, Plaintiff, Northstar Balloons, LLC ("Northstar") commenced the above-captioned civil action (the "Action") against Defendants Amscan Inc. ("Amscan"), Amscan Holdings, Inc. ("Amscan Holdings"), Anagram International, Inc. ("Anagram"), Party City Corporation ("Party City"), and XYZ Companies on May 15, 2014;

**WHEREAS**, the current deadline for Defendant Anagram to respond to the Complaint in the Action is June 9, 2014;

**WHEREAS**, the current deadline for Defendants Amscan, Amscan Holdings, and Party City to respond to the Complaint in the Action is June 11, 2014;

**WHEREAS**, Defendants Amscan, Amscan Holdings, Anagram and Party City seek an extension of time until June 30, 2014 to answer, move or otherwise respond to the Complaint in the Action;

**WHEREAS**, Northstar, by and through its undersigned counsel, consents to Defendants' request;



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/6/2014

{00715/609043-000/01471717.1}

**WHEREAS,** this is the first request, by any party, for an extension of any date in the Action;

**WHEREAS,** the extension of time until June 30, 2014 for all Defendants Amscan, Amscan Holdings, Anagram and Party City to answer, move or otherwise respond to the Complaint in the Action will not affect any other scheduled dates in the Action.

**NOW, THEREFORE,** it is hereby stipulated and agreed, by and between the undersigned, that the new deadline for all Defendants to answer, move or othewise respond to the Complaint in the Action is **June 30, 2014.**

NORTHSTAR BALLOONS, LLC

By: _____
Joshua Paul
Lisa A. McAndrews
COLLEN IP
The Holyoke-Manhattan Building
80 S. Highland Avenue
Ossining, New York 10562
Tel: (914) 941-5668
Fax: (914) 941-6091
Email: jpaul@collenip.com

Dated: June 6, 2014
       Ossining, New York

*Attorneys for Plaintiff*

AMSCAN INC., AMSCAN HOLDINGS, INC., ANAGRAM INTERNATIONAL, INC., and PARTY CITY CORPORATION

By: _____
Paul Fields
William R. Thornewell
LEASON ELLIS LLP
One Barker Avenue
Fifth Floor
White Plains, New York 10601
Tel: (914) 288-0022
Fax: (914) 288-0023
Email: fields@leasonellis.com

Dated: June 6, 2014
       White Plains, New York

*Attorneys for Defendants*

So Ordered:

June 6th, 2014
White Plains, NY

_____
U.S.D.J.

{00715/609043-000/01171717.1}