# EXHIBIT A

Anagram

M&D

Make a Wish

2006 BALLOONS

everyday

# MagicArch™

*MagicArch™ modules make striking balloon decor that assembles in a fraction of the time required by traditional arches and columns...and lasts more than twice as long!*

*MagicArch™ modules use a unique cloverleaf design with a single valve. In effect, this allows you to inflate four balloons at once to an exact, uniform size. Just fill them, string them together, and voilà...a perfect finished arch!*

| MagicArch™ Specifications | Large | Small |
|---|---|---|
| Diameter (inflated) | 29.5"/75cm | 15"/41cm |
| Depth (inflated) | 7.8"/20cm | 3.875"/10cm |
| Packaging | Flat | Flat |
| Case Count | 50 | 100 |

Red, Silver, Blue
MagicArch™ Large 04796-02
MagicArch™ Small 04812-02

Black, White
MagicArch™ Small 04813-02

Metallic Silver
MagicArch™ Large 04798-02
MagicArch™ Small 04814-02

Metallic Gold
MagicArch™ Large 04799-02
MagicArch™ Small 04815-02

Metallic Red
MagicArch™ Large 04800-02
MagicArch™ Small 04816-02

Metallic Blue
MagicArch™ Large 04802-02
MagicArch™ Small 04818-02

Metallic Purple
MagicArch™ Small 04819-02

Metallic Fuchsia
MagicArch™ Small 04820-02

Metallic Teal
MagicArch™ Small 04821-02

*See inside back cover for copyright information.*

# Number Balloons

0 Gold
SuperShape™ L
08978-01,02

0 Silver
SuperShape™ L
08988-01,02
26"/66cm w x 34"/86cm h

1 Gold
SuperShape™ L
08979-01,02

1 Silver
SuperShape™ L
08989-01,02
15"/38cm w x 34"/86cm h

2 Gold
SuperShape™ L
08980-01,02

2 Silver
SuperShape™ L
08990-01,02
24"/61cm w x 34"/86cm h

3 Gold
SuperShape™ L
08981-01,02

3 Silver
SuperShape™ L
08991-01,02
22"/56cm w x 34"/86cm h

4 Gold
SuperShape™ L
08982-01,02

4 Silver
SuperShape™ L
08992-01,02
25"/64cm w x 34"/86cm h

5 Gold
SuperShape™ L
08983-01,02

5 Silver
SuperShape™ L
08993-01,02
25"/64cm w x 34"/86cm h

6 Gold
SuperShape™ L
08984-01,02

6 Silver
SuperShape™ L
08994-01,02
23"/58cm w x 34"/86cm h
(same as 9)

7 Gold
SuperShape™ L
08985-01,02

7 Silver
SuperShape™ L
08995-01,02
23"/58cm w x 34"/86cm h

8 Gold
SuperShape™ L
08986-01,02

8 Silver
SuperShape™ L
08996-01,02
23"/58cm w x 34"/86cm h

9 Gold
SuperShape™ L
08984-01,02

9 Silver
SuperShape™ L
08994-01,02
23"/58cm w x 34"/86cm h
(same as 6)

*Here is an example of what you can do with Number Balloons!*

www.anagramintl.com / www.mdballoons.com

# Qualatex®

## 2011 Everyday Catalog

The
Very Best
Balloons




# Number Shapes Microfoil® Balloons

**Number Zero**
- JI #30390 39" Silver
- JJ #30392 39" Silver (pkgd.)
- JI #30467 39" Metallic Gold
- JJ #30469 39" Metallic Gold (pkgd.)
- JI #30549 39" Magenta
- JJ #30551 39" Magenta (pkgd.)
- JI #30509 39" Sapphire Blue
- JJ #30511 39" Sapphire Blue (pkgd.)

**Number One**
- JI #30395 38" Silver
- JJ #30397 38" Silver (pkgd.)
- JI #30471 38" Metallic Gold
- JJ #30473 38" Metallic Gold (pkgd.)
- JI #30553 38" Magenta
- JJ #30555 38" Magenta (pkgd.)
- JI #30513 38" Sapphire Blue
- JJ #30515 38" Sapphire Blue (pkgd.)

**Number Two**
- JI #30402 43" Silver
- JJ #30404 43" Silver (pkgd.)
- JI #30475 43" Metallic Gold
- JJ #30477 43" Metallic Gold (pkgd.)
- JI #30557 43" Magenta
- JJ #30559 43" Magenta (pkgd.)
- JI #30517 43" Sapphire Blue
- JJ #30519 43" Sapphire Blue (pkgd.)

All Number Shapes are **34" high** when inflated.

**Number Six**
- JI #30419 42" Silver
- JJ #30421 42" Silver (pkgd.)
- JI #30491 42" Metallic Gold
- JJ #30493 42" Metallic Gold (pkgd.)
- JI #30573 42" Magenta
- JJ #30575 42" Magenta (pkgd.)
- JI #30533 42" Sapphire Blue
- JJ #30535 42" Sapphire Blue (pkgd.)

**Number Seven**
- JI #30423 42" Silver
- JJ #30425 42" Silver (pkgd.)
- JI #30495 42" Metallic Gold
- JJ #30497 42" Metallic Gold (pkgd.)
- JI #30577 42" Magenta
- JJ #30589 42" Magenta (pkgd.)
- JI #30537 42" Sapphire Blue
- JJ #30539 42" Sapphire Blue (pkgd.)

# Number Shapes Microfoil® Balloons

**Number Three**
- JI #30407 44" Silver
- JJ #30409 44" Silver (pkgd.)
- JI #30479 44" Metallic Gold
- JJ #30481 44" Metallic Gold (pkgd.)
- JI #30561 44" Magenta
- JJ #30563 44" Magenta (pkgd.)
- JI #30521 44" Sapphire Blue
- JJ #30523 44" Sapphire Blue (pkgd.)

**Number Four**
- JI #30411 41" Silver
- JJ #30413 41" Silver (pkgd.)
- JI #30483 41" Metallic Gold
- JJ #30485 41" Metallic Gold (pkgd.)
- JI #30549 41" Magenta
- JJ #30565 41" Magenta (pkgd.)
- JI #30525 41" Sapphire Blue
- JJ #30527 41" Sapphire Blue (pkgd.)

**Number Five**
- JI #30415 44" Silver
- JJ #30417 44" Silver (pkgd.)
- JI #30487 44" Metallic Gold
- JJ #30489 44" Metallic Gold (pkgd.)
- JI #30569 44" Magenta
- JJ #30571 44" Magenta (pkgd.)
- JI #30529 44" Sapphire Blue
- JJ #30531 44" Sapphire Blue (pkgd.)

Extended tabs with holes make it easy to string air-filled Shapes onto line, or add helium-filled Shapes to a bouquet!

**Number Eight**
- JI #30427 42" Silver
- JJ #30429 42" Silver (pkgd.)
- JI #30499 42" Metallic Gold
- JJ #30501 42" Metallic Gold (pkgd.)
- JI #30593 42" Magenta
- JJ #30596 42" Magenta (pkgd.)
- JI #30541 42" Sapphire Blue
- JJ #30543 42" Sapphire Blue (pkgd.)

**Number Nine**
- JI #30431 42" Silver
- JJ #30433 42" Silver (pkgd.)
- JI #30503 42" Metallic Gold
- JJ #30505 42" Metallic Gold (pkgd.)
- JI #30601 42" Magenta
- JJ #30603 42" Magenta (pkgd.)
- JI #30545 42" Sapphire Blue
- JJ #30547 42" Sapphire Blue (pkgd.)









   

Qualatex
US$7
BALLOON
images
APR/MAY/JUN 2011
Define
Your
Style

## Number Shapes

**Number Zero**
- JI #30549 39" Magenta
- JJ #30551 39" Magenta (pkgd.)
- JI #30467 39" Metallic Gold
- JJ #30469 39" Metallic Gold (pkgd.)
- JI #30509 39" Sapphire Blue
- JJ #30511 39" Sapphire Blue (pkgd.)
- JI #30390 39" Silver
- JJ #30392 39" Silver (pkgd.)

**Number One**
- JI #30553 38" Magenta
- JJ #30555 38" Magenta (pkgd.)
- JI #30471 38" Metallic Gold
- JJ #30473 38" Metallic Gold (pkgd.)
- JI #30513 38" Sapphire Blue
- JJ #30515 38" Sapphire Blue (pkgd.)
- JI #30395 38" Silver
- JJ #30397 38" Silver (pkgd.)

**Number Two**
- JI #33557 43" Magenta
- JJ #33559 43" Magenta (pkgd.)
- JI #33476 43" Metallic Gold
- JJ #33477 43" Metallic Gold (pkgd.)
- JI #33517 43" Sapphire Blue
- JJ #33519 43" Sapphire Blue (pkgd.)
- JI #33402 43" Silver
- JJ #33404 43" Silver (pkgd.)

**Number Six**
- JI #30573 42" Magenta
- JJ #30575 42" Magenta (pkgd.)
- JI #30491 42" Metallic Gold
- JJ #30493 42" Metallic Gold (pkgd.)
- JI #30533 42" Sapphire Blue
- JJ #30535 42" Sapphire Blue (pkgd.)
- JI #30419 42" Silver
- JJ #30421 42" Silver (pkgd.)

**Number Seven**
- JI #30577 42" Magenta
- JJ #30589 42" Magenta (pkgd.)
- JI #30495 42" Metallic Gold
- JJ #30497 42" Metallic Gold (pkgd.)
- JI #30537 42" Sapphire Blue
- JJ #30539 42" Sapphire Blue (pkgd.)
- JI #30423 42" Silver
- JJ #30425 42" Silver (pkgd.)

**Number Three**
- JI #30561 44" Magenta
- JJ #30563 44" Magenta (pkgd.)
- JI #30479 44" Metallic Gold
- JJ #30481 44" Metallic Gold (pkgd.)
- JI #30521 44" Sapphire Blue
- JJ #30523 44" Sapphire Blue (pkgd.)
- JI #30407 44" Silver
- JJ #30409 44" Silver (pkgd.)

**Number Four**
- JI #30565 41" Magenta
- JJ #30567 41" Magenta (pkgd.)
- JI #30483 41" Metallic Gold
- JJ #30485 41" Metallic Gold (pkgd.)
- JI #30525 41" Sapphire Blue
- JJ #30527 41" Sapphire Blue (pkgd.)
- JI #30411 41" Silver
- JJ #30413 41" Silver (pkgd.)

**Number Five**
- JI #30569 44" Magenta
- JJ #30571 44" Magenta (pkgd.)
- JI #30487 44" Metallic Gold
- JJ #30489 44" Metallic Gold (pkgd.)
- JI #30529 44" Sapphire Blue
- JJ #30531 44" Sapphire Blue (pkgd.)
- JI #30415 44" Silver
- JJ #30417 44" Silver (pkgd.)

Extended tabs with holes make it easy to string air-filled Shapes onto line, or add helium-filled Shapes to a bouquet!

**Number Eight**
- JI #30593 42" Magenta
- JJ #30596 42" Magenta (pkgd.)
- JI #30499 42" Metallic Gold
- JJ #30501 42" Metallic Gold (pkgd.)
- JI #30541 42" Sapphire Blue
- JJ #30543 42" Sapphire Blue (pkgd.)
- JI #30427 42" Silver
- JJ #30429 42" Silver (pkgd.)

**Number Nine**
- JI #30601 42" Magenta
- JJ #30603 42" Magenta (pkgd.)
- JI #30503 42" Metallic Gold
- JJ #30505 42" Metallic Gold (pkgd.)
- JI #30545 42" Sapphire Blue
- JJ #30547 42" Sapphire Blue (pkgd.)
- JI #30431 42" Silver
- JJ #30433 42" Silver (pkgd.)

(S) Lightweight Qualatex Suprafoil™ balloons float for up to 30 days!

All New 36", 18", 9" & 4"
Holographic
betallic
Happy Birthday
ROCK STAR
ROCK STAR
ROCK STAR
ROCK STAR
Happy Birthday
ROCK STAR
Everyday 2009

**Letter S Silver**
7" Mini Foil Shape 14919S
14" Mini Foil Shape 19919S
40" Foil Shape 15919S
40" Foil Shape, Polybagged 15919SB

**Letter T Silver**
7" Mini Foil Shape 14920S
14" Mini Foil Shape 19920S
40" Foil Shape 15920S
40" Foil Shape, Polybagged 15920SB

**Letter U Silver**
7" Mini Foil Shape 14922S
14" Mini Foil Shape 19922S
40" Foil Shape 15922S
40" Foil Shape, Polybagged 15922SB

**Letter V Silver**
7" Mini Foil Shape 14923S
14" Mini Foil Shape 19923S
40" Foil Shape 15923S
40" Foil Shape, Polybagged 15923SB

   

**Letter W Silver**
7" Mini Foil Shape 14924S
14" Mini Foil Shape 19924S
40" Foil Shape 15924S
40" Foil Shape, Polybagged 15924SB

**Letter X Silver**
7" Mini Foil Shape 14925S
14" Mini Foil Shape 19925S
40" Foil Shape 15925S
40" Foil Shape, Polybagged 15925SB

**Letter Y Silver**
7" Mini Foil Shape 14926S
14" Mini Foil Shape 19926S
40" Foil Shape 15926S
40" Foil Shape, Polybagged 15926SB

**Letter Z Silver**
7" Mini Foil Shape 14927S
14" Mini Foil Shape 19927S
40" Foil Shape 15927S
40" Foil Shape, Polybagged 15927SB

   

**Number 0 Holographic**
40" Shape, Holographic 15840H
40" Shape, Holographic, Packaged 15840HP
40" Shape, Holographic, Polybagged 15840HB

**Number 1 Holographic**
40" Shape, Holographic 15841H
40" Shape, Holographic, Packaged 15841HP
40" Shape, Holographic, Polybagged 15841HB

**Number 2 Holographic**
40" Shape, Holographic 15842H
40" Shape, Holographic, Packaged 15842HP
40" Shape, Holographic, Polybagged 15842HB

**Number 3 Holographic**
40" Shape, Holographic 15843H
40" Shape, Holographic, Packaged 15843HP
40" Shape, Holographic, Polybagged 15843HB

   

**Number 4 Holographic**
40" Shape, Holographic 15844H
40" Shape, Holographic, Packaged 15844HP
40" Shape, Holographic, Polybagged 15844HB

**Number 5 Holographic**
40" Shape, Holographic 15845H
40" Shape, Holographic, Packaged 15845HP
40" Shape, Holographic, Polybagged 15845HB

**Number 6 Holographic**
40" Shape, Holographic 15846H
40" Shape, Holographic, Packaged 15846HP
40" Shape, Holographic, Polybagged 15846HB

**Number 7 Holographic**
40" Shape, Holographic 15847H
40" Shape, Holographic, Packaged 15847HP
40" Shape, Holographic, Polybagged 15847HB



**Number 8 Holographic**
40" Shape, Holographic          15848H
40" Shape, Holographic, Packaged 15848HP
40" Shape, Holographic, Polybagged 15848HB



**Number 9 Holographic**
40" Shape, Holographic          15849H
40" Shape, Holographic, Packaged 15849HP
40" Shape, Holographic, Polybagged 15849HB



**Party Megaloon Number 0**
40" Foil Shape                  85940
40" Foil Shape, Polybagged      85940B



**Party Megaloon Number 1**
40" Foil Shape                  85941
40" Foil Shape, Polybagged      85941B



**Party Megaloon Number 2**
40" Foil Shape                  85942
40" Foil Shape, Polybagged      85942B



**Party Megaloon Number 3**
40" Foil Shape                  85943
40" Foil Shape, Polybagged      85943B



**Party Megaloon Number 4**
40" Foil Shape                  85944
40" Foil Shape, Polybagged      85944B



**Party Megaloon Number 5**
40" Foil Shape                  85945
40" Foil Shape, Polybagged      85945B



**Party Megaloon Number 6**
40" Foil Shape                  85946
40" Foil Shape, Polybagged      85946B



**Party Megaloon Number 7**
40" Foil Shape                  85947
40" Foil Shape, Polybagged      85947B



**Party Megaloon Number 8**
40" Foil Shape                  85948
40" Foil Shape, Polybagged      85948B



**Party Megaloon Number 9**
40" Foil Shape                  85949
40" Foil Shape, Polybagged      85949B



**Number 0 Gold**
7" Mini Foil Shape              14840G
14" Mini Foil Shape             19840G
40" Foil Shape                  15840G
40" Foil Shape, Polybagged      15840GB



**Number 1 Gold**
7" Mini Foil Shape              14841G
14" Mini Foil Shape             19841G
40" Foil Shape                  15841G
40" Foil Shape, Polybagged      15841GB



**Number 2 Gold**
7" Mini Foil Shape              14842G
14" Mini Foil Shape             19842G
40" Foil Shape                  15842G
40" Foil Shape, Polybagged      15842GB



**Number 3 Gold**
7" Mini Foil Shape              14843G
14" Mini Foil Shape             19843G
40" Foil Shape                  15843G
40" Foil Shape, Polybagged      15843GB