**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

NORTHSTAR BALLOONS, LLC,

    *Plaintiff*,

  v.

AMSCAN INC., AMSCAN HOLDINGS, INC.,
ANAGRAM INTERNATIONAL, INC.,
PARTY CITY CORPORATION, and XYZ
COMPANIES 1 through 10,

    *Defendants*.

C.A. No.: 14-cv-3500 (NSR)

**ECF Case**

**RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for

Defendants Amscan Inc., Amscan Holdings, Inc., Anagram International, Inc. and Party City

Corporation hereby certify that:

(a)  Defendants Amscan Inc., Anagram International, and Party City Corporation are all

  wholly-owned subsidiaries of Party City Holdings, Inc.;

(b)  Defendant Amscan Holdings, Inc. was the predecessor company to Party City

  Holdings, Inc.; and

(c)  No publicly-held corporation owns 10% or more of any Defendants' stock.

Respectfully submitted,

Dated:   July 1, 2014
         White Plains, New York

Paul Fields
William R. Thornewell
LEASON ELLIS LLP
One Barker Avenue, Fifth Floor
White Plains, New York 10601
Phone: (914) 288-0022
Fax: (914) 288-0023
Email: Fields@LeasonEllis.com

*Attorneys for Defendants*