UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
NORTHSTAR BALLOONS LLC,

                          Plaintiff(s),          **NOTICE OF COURT CONFERENCE**

      -against-                       14 Civ. 3500 (NSR)

AMSCAN INC., et al.,

                       Defendant(s).
------------------------------------------------------------x

An initial pretrial conference will be held before the Hon. Nelson S. Román, U.S.D.J. on **July 25, 2014 at 12:00 pm** at the Charles L. Brieant United States Courthouse, 300 Quarropas Street, White Plains, NY 10601, Courtroom 218.

This case has been designated for inclusion in the Pilot Project Regarding Case Management Techniques for Complex Civil Cases in the Southern District of New York. The parties should refer to ECF Doc. No. 3, submit the Report under 1.A. within seven days before the conference, July 18, 2014, and be prepared at the conference to discuss the issues set forth in 1.B.

                                     _____
                                     Gina Sicora, Courtroom Deputy to
                                     Hon. Nelson S. Román, U.S.D.J.

Dated:     White Plains, New York
               July 1, 2014

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/1/2014