UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NORTHSTAR BALLOONS LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> AMSCAN INC., ) <br> AMSCAN HOLDINGS INC., ) <br> ANAGRAM INTERNATIONAL, INC., ) <br> PARTY CITY CORPORATION, ) <br> and XYZ COMPANIES 1 through 10, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 14-cv-03500 (NSR) <br><br> **NOTICE OF APPEARANCE** |

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

**PLEASE TAKE NOTICE** that Jeffrey A. Lindenbaum, a member of the Bar of this Court in good standing, respectfully enters his appearance as counsel for plaintiff Northstar Balloons LLC.

                                            Respectfully submitted,

                                            __s/ Jeffrey A. Lindenbaum_____
                                            Jeffrey A. Lindenbaum (JL-1971)
                                            Collen IP Intellectual Property Law P.C.
                                            The Holyoke-Manhattan Building
                                            80 South Highland Avenue
                                            Ossining, New York 10562
                                            Tel.: (914) 941-5668
                                            Fax: (914) 941-6091
                                            jlindenbaum@collenip.com
                                            *Counsel for Plaintiff*

September 4, 2014

## **CERTIFICATE OF FILING AND SERVICE**

      I, Jeffrey A. Lindenbaum, hereby certify that on September 4, 2014, I caused the foregoing to be filed with the Court using the Court's ECF system, which will send notification to all counsel of record.

                                                       /s Jeffrey A. Lindenbaum
                                                         Jeffrey A. Lindenbaum