UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NORTHSTAR BALLOONS LLC,

           Plaintiff,

           v.

AMSCAN INC.,
AMSCAN HOLDINGS INC.,
ANAGRAM INTERNATIONAL, INC.,
PARTY CITY CORPORATION,
and XYZ COMPANIES 1 through 10,

           Defendants.

Civil Action No. 14-cv-3500 (NSR)

## NOTICE OF APPEARANCE OF MELVIN C. GARNER

To the Clerk of this Court:

    Kindly enter my appearance as counsel for Defendants and Counterclaim Plaintiffs Amscan Inc., Amscan Holdings Inc., Anagram International, Inc., and Party City Corporation in the above-captioned civil action.

Dated: September 8, 2014
       White Plains, New York

Respectfully submitted,

_____
Melvin C. Garner (MG 6951)
LEASON ELLIS LLP
One Barker Avenue, Fifth Floor
White Plains, New York 10601
Phone: (914) 288-0022
Fax:  (914) 288-0023
Email: garner@leasonellis.com

*Attorney for Defendants &*
*Counterclaim Plaintiffs*

{00715/609043-000/01208894.1}