UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

NORTHSTAR BALLOONS LLC,

                Plaintiff(s),

- against -

AMSCAN INC., et al.,

                Defendant(s).

-------------------------------------------------------X

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

14 cv 3500 (NSR)(JCM)

The above-entitled action is referred to the Honorable Judith C. McCarthy, United States Magistrate Judge, for the following purpose(s):

__X__ GENERAL PRE-TRIAL (includes scheduling, discovery, non-dispositive pre-trial motions and settlement)

____ GENERAL PRE-TRIAL & DISPOSITIVE MOTION (all purposes except trial)

____ DISPOSITIVE MOTION (i.e., a motion requiring a Report & Recommendation)

____ SPECIFIC NON-DISPOSITIVE MOTION / DISPUTE (including discovery dispute) *

_____

_____

____ JURY SELECTION

____ HABEAS CORPUS

____ INQUEST AFTER DEFAULT / DAMAGES HEARING

____ SOCIAL SECURITY

____ SETTLEMENT

____ CONSENT UNDER 28 U.S.C. 636(C) FOR ALL PURPOSES (including trial)

____ CONSENT UNDER 28 U.S.C. 636(C) FOR LIMITED PURPOSE OF

_____

SO ORDERED:

Dated: White Plains, New York
       September 10, 2014

_____
Nelson S. Román, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/10/2014

* Do not check if already referred for General Pre-Trial.

Rev. 9/10